[Nos. 32383-4-II; 32388-5-II. Division Two. January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. AGUSTIN BUSTOS-ANAYA ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Thurston County, Nos. 04-1-01383-0 and 04-1-01388-1, Gary Tabor, J., entered October 15, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 32519-5-II. Division Two. January 31, 2006.]

LYLE PALM ET AL., *Appellants,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-01967-1, Paula Casey, J., entered November 12, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 32524-1-II. Division Two. January 31, 2006.]

JOHN CALEY ET AL., *Respondents,* v. KRIS KOEBERLE ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-00833-3, Leonard W. Costello, J., entered November 19, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 32525-0-II. Division Two. January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY DUANE FOWLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02567-6, Robert L. Harris, J., entered November 16, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.